**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

AUSTIN, TX
CHICAGO, IL
HOUSTON, TX
LOS ANGELES, CA
PARSIPPANY, NJ
STAMFORD, CT
WASHINGTON, DC

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DAVID G. LINDENBAUM
DIRECT LINE: (212) 808-7513
EMAIL: dlindenbaum@kelleydrye.com

February 23, 2018

**VIA ELECTRONIC FILING**

The Honorable Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: *PersonalWeb Technologies, LLC et al. v. Kickstarter, PBC* – Case No. 1:18-cv-00206-NGG-JO

Dear Judge Garaufis:

  We are counsel for Defendant, Kickstarter, PBC ("Kickstarter") in the above-captioned action ("Action"). We are writing to request an extension of time to answer the complaint in this Action from February 21, 2018 to March 23, 2018. This is our first request for an extension of time and Plaintiffs consent to this request. No other scheduled dates in the Action will be impacted by this extension.

            Very truly yours,

            */s/ David Lindenbaum*

            David Lindenbaum

DL:wms

cc: Counsel of Record